Opinion issued January 20, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00587-CV

———————————

RICHARD
ANGELO LUNA, Appellant

V.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
Appellee



 



 

On Appeal from the 412th District Court 

Brazoria County, Texas



Trial Court Case No. 57600

 



MEMORANDUM OPINION

Appellant has filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

Appellant additionally requests that we “modify the
trial court’s dismissal ‘with prejudice’ to remove any strikes against him, or
any prejudices noted against him.” 
Because we dismiss the appeal on appellant’s request, we do not reach
whether error exists in the judgment.

 We dismiss
all other pending motions.  We direct the
Clerk to issue the mandate within 10 days of the date of this opinion.  See
Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Alcala and Massengale.